# United States Court of Appeals for the Federal Circuit

---

November 6, 2025

**ERRATA**

---

Appeal No. 2025-1157

**LIBBY A. DEMERY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

**DEPARTMENT OF THE ARMY,**
*Intervenor*

---

Decided: November 4, 2025
Nonprecedential Opinion

---

Please make the following change:

On page 5 footnote 6, change "2011" to "2022"